IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAWRANCE D. MAHOMES**                                                      **PLAINTIFF**

v.                            No: 4:23-cv-00547-JM-PSH

**CONWAY COUNTY DETENTION CENTER,** *et al.*                **DEFENDANTS**

## ORDER

Plaintiff Lawrance D. Mahomes filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on June 13, 2023, while incarcerated at the Conway County Detention Facility (Doc. No. 2). He has since filed several amended complaints and his most recent amended complaint and addendum (Doc. Nos. 13-14) await screening by United States Magistrate Judge Patricia S. Harris. *See* Doc. No. 16.

Before the Court are two motions for preliminary injunctive relief filed by Mahomes (Doc. Nos. 5 & 11). The granting of injunctive relief is an extraordinary remedy, particularly in a prison context. *See Goff v. Harper*, 60 F.3d 518 (8th Cir. 1995). In considering whether to grant such relief, the Court must consider the following factors: (1) the threat of irreparable harm to the movant; (2) the state of the balance between this harm and the injury that granting the injunction will inflict on other parties litigant; (3) the probability that movant will succeed on the merits; and (4) the public interest. *See Dataphase Systems, Inc. v. CL Systems, Inc.*, 640

F.2d 109 (8th Cir. 1981). "The burden of proving that a preliminary injunction should be issued rests entirely with the movant." *Goff*, 60 F.3d at 519-521 (citing *Modern Computer Systems v. Modern Banking Systems,* 871 F.2d 734, 737 (8th Cir. 1989) (en banc)). Mahomes generally alleges that he has been denied medical care at the Conway County Detention Facility but does not set forth sufficient facts to show that he faces irreparable harm without injunctive relief. He does not specifically describe the medical care he needs, when it has been denied, or why he believes he will not receive such care in the future. Accordingly, his motions for injunctive relief are DENIED.

Mahomes' motion for forms (Doc. No. 12) is also DENIED. To the extent Mahomes seeks copies of Federal Rule of Civil Procedure 4, he should request that from the jail's law library. To the extent he seeks proof of service forms, he should note that he is not responsible for serving the defendants; if service is appropriate, the Court will order service to be effectuated by the United States Marshals. *See* 28 U.S.C.A. § 1915(d) (providing that "officers of the court shall issue and serve all process, and perform all duties" in cases where a plaintiff is granted *in forma pauperis* status).

IT IS SO ORDERED this 25th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE