IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAWRANCE D. MAHOMES**                                            **PLAINTIFF**

v.                      Case No: 4:23-cv-00547-JM-PSH

**CONWAY COUNTY DETENTION CENTER,** *et al.*             **DEFENDANTS**

## ORDER

Plaintiff Lawrance D. Mahomes filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on June 13, 2023 (Doc. No. 2). In its initial order to Mahomes, the Court notified him of his duty to promptly notify the Clerk and the parties of any change in his address; the Court also notified Mahomes that if any communication from the Court to him is not responded to within 30 days, his case may be dismissed without prejudice. *See* Doc. No. 3.

On April 16, 2024, mail sent to Mahomes at his address of record was returned undeliverable. *See* Doc. No. 61. The same day, the Court entered a text order, directing Mahomes to provide notice of his current mailing address by no later than thirty days from the entry of the April 16 text order (Doc. No. 62). He was warned that his failure to provide a current mailing address may cause his complaint to be dismissed. A printed version of the text order was sent to him at his address of record but was returned as undeliverable. *See* Doc. No. 63.

Mahomes has not complied with or otherwise responded to the April 16 order, and the time to do so has passed. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power

to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

It is therefore ordered that Mahomes's complaint is dismissed without prejudice.

DATED this 24th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE