IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAWRANCE D. MAHOMES**                                                            **PLAINTIFF**

v.                      **Case No: 4:23-cv-00547-JM**

**CONWAY COUNTY DETENTION CENTER,** *et al.*                    **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 24th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE