## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**LAWRANCE D. MAHOMES**                                                    **PLAINTIFF**

**v.**                              **No: 4:23-cv-00547-JM-PSH**

**SHANE WEST,** *et al.*                                                    **DEFENDANTS**

### ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Mahomes' motion for summary judgment (Doc. No. 131) is DENIED; that the defendants' motions for summary judgment (Doc. Nos. 136 & 139) are GRANTED; and that Mahomes' claims are DISMISSED WITH PREJUDICE.

DATED this 10th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE