## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**LAWRANCE D. MAHOMES**                                              **PLAINTIFF**
*ADC #152147*

**v.**                           **No: 4:23-cv-00547-JM-PSH**

**SHANE WEST,** *et al.*                                             **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice.

DATED this 10th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE